**FILED**

DEC 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RIVERA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　　　Respondent. | Case No. C 12-03078 EJD (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **February 1, 2013**, in which to file a response to the petition for writ of habeas corpus. Petitioner shall file a traverse or an opposition or statement of non-opposition within **thirty (30)** days of his receipt of an answer or a motion to dismiss. In the event respondent files a motion to dismiss, respondent shall file a reply within **fifteen (15)** days of receipt of any opposition.

IT IS SO ORDERED.

Dated: 12/21/12

The Honorable Edward J. Davila

1

[Proposed] Order (C 12-03078 EJD (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT RIVERA,

        Plaintiff,

v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV12-03078 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Rivera G 50071
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: December 27, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk